### UNDERWOOD v. SCHULZ et al.

(Supreme Court, Appellate Term.  June 12, 1911.)

COSTS (§ 91*)—PERSONS ENTITLED—SEPARATE BILLS OF COSTS.

> Where defendants, sued for a breach of warranty made in the sale of a steam launch, of which they were the joint owners, and in the bill of sale of which both joined, had judgment, only one bill of costs should be taxed against the plaintiff, as defendants were united in interest, and one could not have been sued without joining the other.
>
> [Ed. Note.—For other cases, see Costs, Cent. Dig. §§ 356–368;  Dec. Dig. § 91.*]

Appeal from City Court of New York, Special Term.

Action by Arthur G. Underwood against William Schulz and another.  From an order denying a motion to retax costs, plaintiff appeals.  Order reversed.

Argued before SEABURY, GUY, and BIJUR, JJ.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Samuel J. Rawak, for appellant.
Samuel Ecker, for respondent Lynch.
James B. Cauthers, for respondent Schulz.

PER CURIAM.   Only one bill of costs should have been taxed in this action.   Plaintiff sued for a breach of warranty alleged to have been made by the defendants in the sale of a steam launch, of which the defendants were the joint owners and both of whom signed the written contract of sale.   The defendants were united in interest, and one could not have been sued without joining the other.

Order reversed, with $10 costs and disbursements, and motion granted.